# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-3270
LT Case No. 2022-CF-9255-A

_____

ISAIAH JAMAL GREENE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Jeb T. Branham, Judge.

Matthew J. Metz, Public Defender, and Zachary Wiseman,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, and Benjamin Hoffman,
Assistant Attorney General, Daytona Beach, for Appellee.

April 30, 2024

PER CURIAM.

AFFIRMED.

EISNAUGLE, HARRIS, and SOUD, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---